UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Loeb,<br><br>      Plaintiff,<br><br> -against-<br><br>Global Credit & Collection Corporation,<br><br>      Defendant. | Civil Action No.: 12 CV 2082<br><br>ECF Case (RRM)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff David Loeb, by his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant Global Credit & Collection Corporation.

Date: August 22, 2012

                _[signature]_
                Samuel A. Ehrenfeld
                FREDRICK SCHULMAN & ASSOCIATES
                *Attorneys for Plaintiff*
                30 East 29th Street
                New York, New York 10016
                (212) 796-6053
                samfeld@hotmail.com

SO ORDERED:

_____
   U.S.D.J.

Dated: _____, 2012